MOTOR FUEL CARRIERS, INC., a corporation organized and existing under and by virtue of the laws of the State of Florida, v. MYRTLE MORGAN, a widow of JOHNNIE L. MORGAN, SR., deceased.

28 So. (2nd) 700                         June Term, 1946
December 3, 1946                  Division A
Rehearing Denied December 20, 1946

Affirmed.

R. B. JENKINS v. O. A. ANDREU, as Sheriff of Bradford County, Florida, and E. K. PERRYMAN, as County Judge of Bradford County, Florida.

28 So. (2nd) 700                         June Term, 1946
December 6, 1946                  Division A

Affirmed.

ROSA JOHNSON v. MRS. FANNY THOMAS, Trustee, et al.

28 So. (2nd) 700                         June Term, 1946
December 6, 1946                  Division B

Affirmed.

SAMUEL A. ZICHLIN and SADIE ZICHLIN, his wife, v. GEORGE E. DILL and EDITH C. DILL, his wife.

28 So. (2nd) 700                         June Term, 1946
December 6, 1946                  Division B

Affirmed.

ALBERT BEE v. STATE OF FLORIDA

28 So. (2nd) 541                         June Term, 1946
December 13, 1946               Special Division B
Rehearing Denied June 11, 1947

Affirmed.

JOSEPH R. MARTIN v. MANOR HOUSING COMPANY, et al.

28 So. (2nd) 541                         June Term, 1946
December 13, 1946               Special Division B

Affirmed.